## Brookport National Bank, Appellant, v. A. B. Smith, Appellee.

### (Not to be reported in full.)

Appeal from the Circuit Court of Massac county; the Hon. A. W. LEWIS, Judge, presiding. Heard in this court at the March term, 1913. Reversed and remanded. Opinion filed October 9, 1913.

### Statement of the Case.

Action by Brookport National Bank against A. B. Smith in *assumpsit* to recover from defendant as surety on a promissory note for $272.18 and interest. From a judgment in favor of plaintiff for $25.90, plaintiff appeals.

FRED R. YOUNG, for appellant.

C. L. V. MULKEY, for appellee.

MR. JUSTICE THOMPSON delivered the opinion of the court.

### Abstract of the Decision.

PRINCIPAL AND SURETY, § 60*—*when payments by debtor need not be applied on debt secured.* In an action by payee against the surety on a promissory note, an agreement between payee and surety whereby the payee in consideration the surety signs as such, agrees to refrain from requiring principal debtor to make payments on other indebtedness of principal debtor held by payee, construed as not requiring voluntary payments of principal to be credited on the note.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.